UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17 CR 526 RLW (DDN) |
| | ) | |
| FLOYD BARBER, | ) | |
| JHERRICA DIXON and | ) | |
| KURT WALLACE, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S**
**NOTICE OF CAPITAL CRIMES REVIEW STATUS**

COMES NOW the United States of America and respectfully informs this Court that, on November 15, 2017, a ten-count indictment was filed against the above-named co-defendants. Count Ten charges all three defendants with a death penalty eligible offense. Accordingly, the United States is required to present a formal submission to the Attorney General's Capital Case Section providing, among other things, information related to the death-eligible charges against the co-defendants. That process is presently on-going.

The United States Attorney's Office for the Eastern District of Missouri will provide an updated notice in the next 45 days.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53245MO
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA