# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17-CR-526-RLW/DDN |
| KURT WALLACE, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S NOTICE OF REQEUST TO VACATE OCTOBER 17, 2018 COURT DATE

Comes now Defendant Kurt Wallace, by his attorney, John D. Stobbs II, and for his Notice to Vacate October 17, 2018 court date states:

1. The Government has agreed to produce the documents requested in the subpoena served on the St. Louis Police Department.

2. As such it is not necessary to have a hearing on the Motion to Quash filed by the St. Louis Police Department or discuss any matters pertaining to the subpoena.

WHEREFORE, Defendant requests that the October 17, 2018 Court Date be vacated.

KURT WALLACE

STOBBS LAW OFFICES

BY: /s/John D. Stobbs II
John D. Stobbs II, No. 43052
E.D.Mo. Number 40623
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: jds2@stobbslaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2018 a copy of the attached *Notice of Filing* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Tom Rea<br>
Assistant U.S. Attorney<br>
111 S. 10th Street<br>
St. Louis, Missouri 63102

      STOBBS LAW OFFICES

      /s/ John D. Stobbs II
      Attorney for Defendant
      307 Henry St. Suite 211
      Alton, Illinois 62002