# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17-CR-526-RLW/DDN ) |
| KURT WALLACE, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR HEARING ON DISCOVERY

Comes now Defendant Kurt Wallace, by his attorney, John D. Stobbs II, and for his Motion for Hearing on Discovery states:

1. The Government has filed a Motion for Protective Order to which Defendant has objected.

2. Defendant was provided discovery prior to the Superseding Indictment and said discovery was sent to Defendant for his review at the various County Jails in which he was incarcerated.

3. Subsequent to the Superseding Indictment being filed no additional discovery has been provided to Defendant.

4. Assistant U.S. Attorney Rea requested to know which Mondays defense counsel would be available to travel to Washington D.C. to make a presentation regarding the imposition of the death penalty on Defendant.

5. Any presentation must be made with full knowledge of what the Government claims is its evidence against Defendant. Defendant should have a right to review and discuss his discovery with his attorneys prior to a trip to Washington D.C. is made.

WHEREFORE, Defendant requests this Honorable Court set this matter for a status conference so the issue of discovery can be discussed.

KURT WALLACE

STOBBS LAW OFFICES

BY:
    /s/John D. Stobbs II
    John D. Stobbs II, No. 43052
    E.D.Mo. Number 40623
    Attorney for Defendant
    307 Henry St. Suite 211
    Alton, Illinois 62002
    Telephone: (618)462-8484
    FAX: (618)462-8585
    Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2019 a copy of the attached *Defendant's Motion For Hearing on Discovery* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Tom Rea  
Assistant U.S. Attorney  
111 S. 10th Street  
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II  
Attorney for Defendant  
307 Henry St. Suite 211  
Alton, Illinois 62002