**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-CR-526-RLW/DDN |
| | ) | |
| KURT WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**DEFENDANT'S MOTION TO CONTINUE NOVEMBER 8, 2019 HEARING**</u>

Comes now Defendant Kurt Wallace, by his attorney, John D. Stobbs II, and for his Motion to Continue November 8, 2019 Hearing states:

1.  The undersigned will be out town on a pre-planned trip.

2.  Co-Counsel Schattnik will be at a seminar all day on November 8, 2019.

WHEREFORE, Defendant requests that the November 8, 2019 Hearing be continued.

KURT WALLACE

STOBBS LAW OFFICES

BY:      /s/John D. Stobbs II
        John D. Stobbs II, No. 43052
        E.D.Mo. Number 40623
        Attorney for Defendant
        307 Henry St. Suite 211
        Alton, Illinois 62002
        Telephone: (618)462-8484
        FAX: (618)462-8585
        Email: jds2@stobbslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019 a copy of the attached *Defendant's Motion to Continue November 8, 2019 Heairng* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Tom Rea
Assistant U.S. Attorney
111 S. 10th Street
St. Louis, Missouri 63102

STOBBS LAW OFFICES

/s/ John D. Stobbs II
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002