

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Criminal Division*

| | | |
|---|---|---|
| *Thomas Rea* | *Thomas Eagleton U.S. Courthouse* | OFFICE: 314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | FAX: 314-539-3887 |
| *Senior Litigation Counsel* | *St. Louis, MO  63102* | EMAIL: t.rea@usdoj.gov |

November 18, 2019

**<u>VIA ELECTRONIC MAIL AND SERVICE</u>**
Daniel Schattnik
3 South 6th Street
Wood River, Illinois 62095
Email: schattnik@gmail.com

John D. Stobbs, II
STOBBS LAW OFFICES
307 Henry Street, Suite 211
Alton, Illinois 62002
Email: jds2@stobbslaw.com

>    Re:    *United States v. Kurt Wallace*
>             Case No. S2-4:17 CR 526 RLW (DDN)

Dear Messrs. Schattnik and Stobbs:

   Please accept this letter as the United States of America's formal request pursuant to Federal Rule of Criminal Procedure 12.1 which requires notice from Mr. Wallace to the United States of any intended alibi defense he may intend to raise in defense to the allegations set forth the second superseding indictment.  Please contact me immediately if you need further specificity in this regard.

   Accordingly, we request that Mr. Wallace serve written notice upon the United States of any intended alibi defense.  This notice must state (a) each specific place where Mr. Wallace claims to have been at the time of each alleged offense; and (b) the name, address, and telephone number of each alibi witness on whom Mr. Wallace intends to rely.

      Consistent with Rule 12.1, please provide Mr. Wallace's response not later than Monday, December 2, 2019. Thank you.

                                     Very truly yours,

                                     THOMAS REA

cc: Clerk, United States District Court