UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. S-2 4:17 CR 526 RLW (DDN) |
| | ) | |
| KURT WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S
NOTICE OF DIRECTIVE TO NOT SEEK THE DEATH PENALTY
IN CONNECTION WITH THE SECOND SUPERSEDING INDICTMENT**

COMES NOW the United States of America and respectfully informs this Court that, on or about November 22, 2021, the Attorney General authorized and directed the United States Attorney's Office for the Eastern District of Missouri to *not* seek the death penalty against defendant Kurt Wallace in the above-styled matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

THOMAS REA, #53245MO
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

Page **1** of **2**

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 23, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

_____
THOMAS REA