UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:17-cr-00526-RLW ) |
| KURT WALLACE, | ) ) |
| Defendant. | ) ) |

# The Government's Notice of Intent to Present Victim Impact Statements at Sentencing

The United States of America—by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Mohsen Pasha, Assistant United States Attorney for that District—hereby notifies this Court that it intends to present at least three victim impact statements at the February 14, 2024 sentencing of Defendant Kurt Wallace.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

/s/ *Mohsen Pasha*
Mohsen Pasha, #67373MO
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Mohsen Pasha*
ASSISTANT UNITED STATES ATTORNEY
Mohsen Pasha, #67373MO